UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | 04CR10394JLT |
| ) | CRIMINAL NO. |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. §2113(a) |
| GARY PETTIFORD ) | (Bank Robbery) |
| ) | |

INDICTMENT

COUNT ONE:   (18 U.S.C. §2113(a)--Bank Robbery)

The Grand Jury charges that:

On or about December 17, 2001, at Avon, in the District of Massachusetts,

GARY PETTIFORD,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Fleet Bank, 299 Pond Street, Avon, Massachusetts, money in the amount of $3,100, more or less, belonging to and in the care, custody, control, management and possession of the said Fleet Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

COUNT TWO:      (18 U.S.C. §2113(a)--Bank Robbery)

The Grand Jury further charges that:

On or about December 28, 2001, at Dorchester, in the District of Massachusetts,

GARY PETTIFORD,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Fleet Bank, 740 Gallivan Boulevard, Dorchester, Massachusetts, money in the amount of $1,630, more or less, belonging to and in the care, custody, control, management and possession of the said Fleet Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

COUNT THREE:    (18 U.S.C. §2113(a)--Bank Robbery)

The Grand Jury further charges that:

On or about May 22, 2002, at Dorchester, in the District of Massachusetts,

GARY PETTIFORD,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Citizens Bank, 731 Morrissey Boulevard, Dorchester, Massachusetts, money in the amount of $2,650, more or less, belonging to and in the care, custody, control, management and possession of the said Citizens Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

COUNT FOUR:    (18 U.S.C. §2113(a)-Attempted Bank Robbery)

The Grand Jury further charges that:

On or about June 13, 2002, at Dorchester, in the District of Massachusetts,

GARY PETTIFORD,

defendant herein, did, by force and violence and by intimidation, attempt to take from the person and presence of employees of the Fleet Bank, 740 Gallivan Boulevard, Boston, Massachusetts, money belonging to and in the care, custody, control, management and possession of the said Fleet Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

<u>COUNT FIVE</u>:   (18 U.S.C. §2113(a)--Bank Robbery)

The Grand Jury further charges that:

On or about June 13, 2002, at Mattapan, in the District of Massachusetts,

GARY PETTIFORD,

defendant herein, did, by force and violence and by intimidation, take from the person and presence of employees of the Fleet Bank, 100 River Street, Mattapan, Massachusetts, money in the amount of $2,378, more or less, belonging to and in the care, custody, control, management and possession of the said Fleet Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

All in violation of Title 18, United States Code, Section 2113(a).

A TRUE BILL

FOREPERSON OF GRAND JURY

William H. Connolly
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS, Boston, December 22, 2004.

Returned into the District Court by the Grand Jurors and filed.

Deputy Clerk

12/22/04

3:10

$JS 45 (5/97) - (Revised USAO MA 3/25/02)

**Criminal Case Cover Sheet**                                   U.S. District Court - District of Massachusetts

04 CR 10394 JLT

**Place of Offense:**            **Category No.** II            **Investigating Agency** FBI

**City** Boston                  **Related Case Information:**

**County** Suffolk, Norfolk      Superseding Ind./ Inf. _____   Case No. _____
                                 Same Defendant _____           New Defendant X
                                 Magistrate Judge Case Number _____
                                 Search Warrant Case Number _____
                                 R 20/R 40 from District of _____

**Defendant Information:**

**Defendant Name** Gary Pettiford            Juvenile  ☐ Yes  ☒ No

**Alias Name** _____

**Address** USP Lewisburg, 2400 Robert Miller Drive, Lewisburg, PA 17837

**Birth date:** 1976   **SS#:** *** ** 0305   **Sex:** M   **Race:** B   **Nationality:** U.S.A.

**Defense Counsel if known:** _____   **Address:** _____

**Bar Number:** _____

**U.S. Attorney Information:**

**AUSA** William H. Connolly           **Bar Number if applicable** 634501

**Interpreter:** ☐ Yes  ☒ No          **List language and/or dialect:** _____

**Matter to be SEALED:** ☐ Yes  ☒ No

☐ Warrant Requested    ☐ Regular Process    ☒ In Custody

**Location Status:**

**Arrest Date:** _____

☒ Already in Federal Custody as  federal prisoner  in  Lewisburg, PA.
☐ Already in State Custody _____  ☐ Serving Sentence  ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____  on _____

**Charging Document:**  ☐ Complaint    ☐ Information    ☒ Indictment

**Total # of Counts:**   ☐ Petty    ☐ Misdemeanor    ☒ Felony  5

Continue on Page 2 for Entry of U.S.C. Citations

☒    I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/22/04        **Signature of AUSA:** /s/ William H. Connolly

JS 45 (5/97) - (Revised USAO MA 3/25/02) Page 2 of 2 or Reverse

**District Court Case Number (To be filled in by deputy** 04CR10394JLT

**Name of Defendant**    Gary Pettiford

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. 2113(a) | Bank Robbery | 1-5 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

**District Court Case Number**  (To be filled in by deputy  _____

**Name of Defendant**    Gary Pettiford

JS 45.wpd - 3/13/02