UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA )
)
v. ) Case No. 04-10394-JLT
)
GARY PETIFORD )

JOINT MOTION OF THE PARTIES TO EXCLUDE TIME

The parties hereby move, pursuant to 18 U.S.C. §3161 (h)(8)(A), to exclude the period of time commencing on March 16, 2005, and ending on April 29, 2005. It is expected that the requested extension would allow the parties additional time to negotiate a plea.

WHEREFORE, both parties respectfully request, under 18 U.S.C. §3161(h)(8)(A), that this Court find, based on the above, that the ends of justice served by granting the requested exclusions outweigh the best interest of the public and the defendant in a speedy trial, and, accordingly, exclude the above period in computing the time within which trial must commence under 18 U.S.C. §3161.

Respectfully Submitted,

GARY PETTIFORD
By His Attorney

/s/ Robert Murray
Robert Murray, Esq.

MICHAEL J. SULLIVAN
United States Attorney

By:

/s/ William H. Connolly
WILLIAM H. CONNOLLY
Assistant U.S. Attorney

March 17, 2005

February 10, 2003