# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

Criminal No. 04-10394-JLT

UNITED STATES OF AMERICA

v.

GARY PETTIFORD

### *FINAL STATUS REPORT*

April 29, 2005

**BOWLER, U.S.M.J.**

    The following status of the above-entitled case is hereby reported to the district judge to whom this case is assigned, to wit:

    1. The Indictment in the above-entitled case, which charges the defendant with bank robbery, was returned on December 22, 2004;

    2. The defendant was arraigned on the Indictment on January 12, 2005;

    3. The defendant is in custody on the charges;

      4. At the time of arraignment, the attorney for the government estimated that the government would call approximately 15 witnesses and that the trial would last approximately seven days;

      5. Counsel for defendant Pettiford has requested a status conference before the district judge;

      6. As of the date of this Final Status Report, time has been excluded through April 29, 2005;

      7. This case is hereby returned to the district judge to whom this case is assigned.

      /s/ Marianne B. Bowler
**MARIANNE B. BOWLER**
United States Magistrate Judge