UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| | * | |
| v. | * | Criminal Action No. 04-10394-JLT |
| | * | |
| | * | |
| GARY PETTIFORD | * | |

ORDER

May 17, 2005

TAURO, J.

After the Pretrial Conference held on May 17, 2005, this court hereby orders that:

1.	Trial will commence on August 8, 2005 at 10:00 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge