COPY

## UNITED STATES DISTRICT COURT

## DISTRICT OF MASSACHUSETTS

TO THE MARSHALL FOR THE DISTRICT OF MASSACHUSETTS, or any of the deputies, and to: SUPERINTENDENT AT LEWISBURG, PENNYLSANIA.

YOU ARE COMMANDED to have the body of GARY PETTIFORD, now in your custody, before the United States District Court for the District of Massachusetts, 1 Courthouse Way, Courtroom Number 20 Boston, Massachusetts on MONDAY, APRIL 23, 2007 AT 10:00 a.m. for purposes of MOTION HEARING, in the case of UNITED STATES OF AMERICA VS GARY PETTIFORD, CR 04-10394 and you are to retain the body of said GARY PETTIFORD, before said Court upon said day and upon such other days thereafter as his attendance before said Court shall be necessary, and as soon as may be thereafter to return said GARY PETTIFORD, to the institution from which he was taken, under safe and secure conduct, to be there imprisoned as if he had not been brought therefrom for the purpose aforesaid. And you have then and there this Writ with your doings herein.

SARAH THORNTON, CLERK

By: _____
Zita Lovett, Deputy Clerk

DATED AT BOSTON, THIS 19TH
DAY OF MARCH, 2007.