UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA
       v.                               CR. NO. 04-10394JLT
GARY PETTIFORD

ASSENTED TO MOTION TO SENTENCE
DEFENDANT ON THE SAME DATE ON
WHICH HE PLEADS GUILTY TO
<u>ALL CHARGES</u>

Now come the parties in the above-captioned matter and move this Honorable Court to Sentence the Defendant on the Same Date on Which He Pleads Guilty to All Charges.

AND FOR REASON THEREFORE, counsel for the Defendant and for the Government wish to advise the Court that this matter is an extension of a U.S. District Court of Rhode Island case <u>U.S. v. Pettiford</u> (Cr. No. 1:02 00084-01L). The parties have conferenced the matter prior to this date, and it is the agreement of the parties to recommend to the Court at sentencing that Defendant's sentence should in all respects run concurrent with the sentence imposed on him by the U.S. District Court for the District of Rhode Island so that he should be released from custody on the instant matters at the same time when he is to be released from custody on the Rhode Island matters.

                                                  Respectfully submitted,

Assented to:

<u>/s/William H. Connolly</u>                <u>/s/Robert Y. Murray</u>
Assistant U.S. Attorney                Ramsey & Murray
                                              225 Friend Street, Boston, MA  02114
                                              Attorney for Defendant

Dated:  May 9, 2007